714

sistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Hazel.

Submitted September 18, 1967. *Alan J. Davis* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Neil Leibman,* for appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Hazel.

Submitted September 18, 1967. *Alan J. Davis* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Neil Leibman,* for appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Hazel.

Submitted September 18, 1967. *Alan J. Davis* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Neil Leibman,* for appellee.

Order affirmed.